FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA HOMES & DEVELOPMENT CORP., a Washington corporation,<br><br>Defendant. | No. 4:25-CV-05166-JAG<br><br>ORDER RE: DEFAULT JUDGMENT |

Pending before the Court is Plaintiffs' Motion for Default Judgment. ECF No. 17. Following entry of the Clerk's Order of Default, ECF No. 13, Plaintiff seeks default judgment due to Defendant's failure to appear in the case. The Court has reviewed the file, Plaintiff's Motion for Default Judgment, ECF No. 17; and the Declaration of Robert A. Radcliffe, ECF No. 18. The Court is fully informed.

Upon review of the factors[1] set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), the Court requires confirmation that the Plaintiffs in the

---

[1] The seven "*Eitel* factors" are: (1) the possibility of prejudice to the plaintiff if relief is denied; (2) the substantive merits of the plaintiff's claims; (3) the sufficiency of the claims raised in the complaint; (4) the sum of money at stake in relationship to the defendant's behavior; (5) the possibility of a dispute concerning

underlying action, James and Tyanna Avrett, and their children, as well as all other parties in Benton County Superior Court, *James Averett, et al., v. NRG Energy Services Group, LLC, et al.*, Benton County Superior Court No. 25-2-00620-03 ("Underlying Action"), have notice of this ancillary lawsuit. Accordingly, prior to entry of default judgment herein, Plaintiff shall file a notice in the Underlying Action, notifying all parties of this ancillary action and Plaintiff's pending Motion for Default, ECF No. 17.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Motion for Default Judgment, **ECF No. 17**, is **RESERVED**.

2. Plaintiff shall file a notice in the Underlying Action, **no later than 14 days from after the entry of this Order** alerting the parties to this lawsuit and Plaintiff's Motion for Default Judgment that includes the following attachments: 1) this Order; 2) Plaintiff's Motion for Default Judgment, ECF No. 17; and 3) the Declaration of Robert A. Radcliffe, ECF No. 18. **After filing such notice, Plaintiff shall file a copy of the notice filed in the Underlying Action in this case within 7 days.**

3. Any party that wishes to intervene in this action or otherwise object to the entry of default judgment in this action consistent with the federal rules shall file a notice with this Court no later than **60 days after entry of this Order.**

---

material facts; (6) whether default was due to excusable neglect; and (7) the preference for decisions on the merits when reasonably possible. *Eitel*, 782 F.2d at 1471-72. Here, the Court is particularly concerned with the possibility of a future dispute concerning the material facts and the preference for decisions on the merits when reasonably possible.

4. If no person/party intervenes in this action or otherwise appropriately objects in this action, the Court will enter a default judgment in favor of Plaintiff declaring:

a. Plaintiff has no duty to defend Alpha Homes with respect to the Underlying Action; and

b. Plaintiff has no duty to indemnify Alpha Homes for its liability, if any, incurred through settlement or judgment entered in the Underlying Action.

**IT IS SO ORDERED.**

The District Court Executive is directed to file this Order and provide copies to counsel.

DATED August 18, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE